United States District Court
Southern District of Texas
**ENTERED**
March 20, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| XEBEC PARTNERS, INC. AND XEBEC HOLDINGS, LLC | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 4:23-cv-03487 |
| XEBEC INTERNATIONAL LOGISTICS LLC, and | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

NOW before the Court is the Stipulation of Dismissal With Prejudice submitted by plaintiffs Xebec Partners, Inc. and Xebec Holdings, LLC ("Plaintiffs") and defendant Xebec International Logistics LLC ("Defendant"). Pursuant to Fed. R. Civ. P. 41, and as a result of an agreement reached between Plaintiffs and Defendant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This action is hereby **DISMISSED WITH PREJUDICE** on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

2. Each party shall bear its own costs and attorneys' fees.

3. The Court retains jurisdiction over this matter to enforce the terms of the parties' settlement agreement.

SO ORDERED this 20th day of MARCH, 2024.

Sim Lake
United States District Judge